AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Gustavo Ivan Hernandez-Cabral<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No. 23-145 PO |

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
AUG 28 2023
MITCHELL R. ELFERS
CLERK OF COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 27, 2023__ in the county of __Luna__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1325 | Illegal Entry Without Inspection |

This criminal complaint is based on these facts:

Hernandez-Cabral was apprehended by the United States Border Patrol on July 27, 2023 in Luna County, NM. Hernandez-Cabral was apprehended with a group of seven other undocumented aliens on foot approximately three miles from the international border near Columbus, NM, after having illegally crossed the international border at a place other than one designated as a lawful port of entry. Records checks show that Hernandez-Cabral is a citizen of Mexico with no authorization to enter or remain in the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

HSI Special Agent Nieves G. Marquez
*Printed name and title*

VIA PHONE.
Sworn to before me ~~and signed in my presence~~.

Date: 08/28/2023

*Judge's signature*

City and state: Las Cruces, New Mexico

U.S. Magistrate Judge Gregory J. Fouratt
*Printed name and title*