# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jennifer M. Rozzoni

Initial Appearance

| Case Number: | 23po145 | UNITED STATES vs. Hernandez-Cabral | |
|---|---|---|---|
| Hearing Date: | 9/5/2023 | Time In and Out: | 10:12 am-10:18 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Gustavo Ivan Hernandez-Cabral | Defendant's Counsel: | Martin Juarez for Initial Only |
| AUSA: | Rumaldo Armijo | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | Melinda Gonzalez-Hibner | Witness: | |

## Initial Appearance

| | |
|---|---|
| ☒ | Defendant received a copy of charging document |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights |
| ☒ | Defendant would like Court appointed counsel |

| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
|---|---|---|---|
| ☒ | Set for Preliminary/Detention Hearing | on Friday, September 08, 2023 | @ 9:00 am |

## Preliminary/Show Cause/Identity

| ☐ | Defendant | | |
|---|---|---|---|
| ☐ | Court finds | ☐ | Court does not find probable cause |

## Detention

| ☐ | Defendant waives right to contest detention |
|---|---|
| ☐ | |

## Custody Status

| ☒ | Defendant remanded to the custody of United States Marshal's Service | |
|---|---|---|
| ☐ | Conditions | |

## Other

| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
|---|---|
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to _____ for Final Revocation Hearing |
| ☐ | |