AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2023 SEP -5 PM 2:05

CLERK-LAS CRUCES

RECEIVED
U.S. MARSHALS SERVICE
2023 AUG 29 AM 9:59
LAS CRUCES, NEW MEXICO

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-145 PO |
| Custave Ivan Hernandez-Cabral | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Custave Ivan Hernandez-Cabral,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
8 U.S.C. 1325 - Illegal Entry Without Inspection

Date: 08/28/2023

City and state: Las Cruces, NM

GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 8/29/2023, and the person was arrested on *(date)* 9/4/2023
at *(city and state)* Albuquerque, NM.

Date: 9/5/2023

*Arresting officer's signature*

Joe Castro, SDUSM FOR HSI
*Printed name and title*